FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 31 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        vs.<br><br>Lavalle, Richard David<br><br>                  Defendant. | Case No.: CR-08-1357-AG<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___background, cmty ties unknown due to failure to interview; bail resources unknown; prob viol history and nature of allegations; evidence def cannot be relied upon to comply w/conditions of supervision; his apparent substance abuse problem; his conduct in failing to report as ordered___

1
2
3       and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on  nature of underlying offense; his
8       substance abuse history; his commission of
9       new offenses while under supervision; his
10      criminal history record, which includes crimes of
11      violence
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED:  1/31/13
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28